UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                  CASE NO. 08-17467-BKC-LMI
                                                                                CHAPTER 13
JOAN ROVIROSA,
    Debtor.
_____/

### DEBTOR'S OBJECTION TO CLAIM NO. 1 FILED BY EMC MORTGAGE CORP.

The Debtor, JOAN ROVIROSA, by and through the undersigned attorney, objects to claim No. 1 filed by EMC Mortgage Corp., Attn: Bankruptcy Dept., Post Office Box 293150, Lewisville, TX 75029-3150, EMC Mortgage Corp., Attn: John Vella, President, 2780 Lake Vista Drive, Lewisville, TX 75067, as a secured claim, in the amount of $108,768.11 with an arrearage amount of $1,372.74 and states:

1. This loan is being treated outside the bankruptcy as stated in the plan filed by the Debtor.

2. This creditor is seeking an escrow balance in the amount of $791.49. The Debtor requests a breakdown or this portion of the claim should be stricken and disallowed.

3. This creditor is also requesting post petition additional fees and costs not included in the proof of claim. As this creditor is not entitled to any future fees, costs, or post petition expenses, unless awarded by this Court, this portion of the claim should be stricken and disallowed.

4. Undersigned was unable to confer with a representative from EMC Mortgage Corp., with an attempt to resolve the issues before requesting a hearing, as a phone number was not provided for on the proof of claim.

5.  Debtor's counsel has been forced to file this Objection to Claim in response to creditor's filing of an incorrect and/or improper Proof of Claim, and therefore, respectfully requests this Court award attorney's fees and costs to Debtor's counsel.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 910(D) (1) and (2) and that a true and correct copy of the foregoing was sent by e-mail to Nancy Herkert, Trustee at e2c8f01@ch13herkert.com and by regular mail to the addressee above on June 27, 2008.

Respectfully submitted,

THE BANKRUPTCY RESOURCE CENTER
Attorneys for the Debtors
10 NW LeJeune Rd., Ste. 620
Miami, FL 33126
Telephone (305) 443-4217

By: _____
Michael J. Brooks
Florida Bar No: 434442