IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA - MIAMI DIVISION

CASE NO: 08-17467-LMI
CHAPTER 13 CASE

IN RE:

Joan Rovirosa a/k/a Joan Russell a/k/a Joan Russell Rovirosa ,

Debtor(s)

### EMC MORTGAGE CORPORATION'S
### OBJECTION TO CONFIRMATION OF DEBTOR'S
### CHAPTER 13 PLAN

**COMES NOW,** EMC Mortgage Corporation, as Servicer for U.S. Bank National Association as Trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns Alt-A Trust, Mortgage Pass-Through Certificates Series 2006-3, its Successors and/or Assigns ("Secured Creditor"), by and through its undersigned attorney, as and for its Objection to Confirmation of Debtor(s) Chapter 13 Plan (Docket # 7), and states as follows:

1. Secured Creditor holds a first mortgage on the Debtor(s) real pproperty located at 2973 Sir Hamilton Circle, Titusville, Florida 32780, by virtue of a Mortgage which is recorded in the Public Records of Brevard County, Florida.

2. The Chapter 13 Plan (Docket # 7) proposed by the Debtor(s) on *June 5, 2008* does not include payments toward the mortgage account with Secured Creditor. However, the figures used by the Debtor(s) are inaccurate and do not conform to said creditor's timely-filed Proof of Claim # 3.

3. The correct pre-petition arrearage due Secured Creditor is *$4,992.09* whereas the Debtor(s) plan proposes to pay only *$0.00*. Therefore, the plan is not in compliance with the requirements of 11 U.S.C. § 1322 (b) (3) and 1325 (a) (5) and cannot be confirmed.

4. Accordingly, Secured Creditor objects to any plan which proposes to pay to Secured Creditor anything less than *$4,992.09* as the pre-petition arrearage over the life of the plan.

5. The regular monthly payment which is due on the subject Mortgage should be **$447.61**, not **$0.00** as indicated in the Debtor(s) proposed plan (Docket # 7). Furthermore, the monthly payment is subject to periodic adjustments for escrow and/or for variable interest rates and, thus, must be amended during the pendency of the plan in accordance with the loan documents.

6. Secured Creditor objects to the Debtor(s) proposed plan and to any plan which does not appropriately provide for the correct regular monthly mortgage payment.

**WHEREFORE,** Secured Creditor respectfully requests entry of an order which denies confirmation of the proposed Chapter 13 Plan unless such plan is amended to overcome the objections of Secured Creditor as stated herein, and for such other and further relief as the Court deems just and proper.

This ___7___ day of July, 2008.

Respectfully Submitted:

Law Offices of David J. Stern, P.A.
Attorney for Secured Creditor
900 South Pine Island Road, Suite 400
Plantation, FL  33324-3920
Phone: (954)233-8000/Ext. 637
Fax:    (954) 233-8111

/s/ Audrey J. Dixon
Audrey J. Dixon, Esq.
FBN 39288

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a copy of the foregoing Objection to Confirmation has been served either by electronic transmission or by United States first class mail postage prepaid to the following:

Joan Rovirosa a/k/a Joan Russell a/k/a Joan Russell Rovirosa
11440 N Bayshore Dr
North Miami, FL 33181

Michael A Frank, Esq
10 NW LeJeune Rd #620
Miami, FL 33126

Nancy N. Herkert, Trustee
 POB 279806
Miramar, FL 33027

U.S.  Trustee
Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130


this ___7___ day of July, 2008.

                Respectfully Submitted:

                Law Offices of David J. Stern, P.A.
                Attorney for Secured Creditor
                900 South Pine Island Road, Suite 400
                Plantation, FL  33324-3920
                Phone:  (954) 233-8000/Ext. 637
                Fax:     (954) 233-8111

                /s/ Audrey J. Dixon
                Audrey J. Dixon, Esq.
                FBN 39288

*08-66472(EMC).obj*