UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:  　　　　　　　　　　　　　　　　　　　　　CASE NO. 08-17467-BKC-LMI
　　　　　　　　　　　　　　　　　　　　　　　　　　CHAPTER 13
JOAN ROVIROSA,
　　　Debtor.
　　　　　　　　　　　　　　/

**DEBTOR'S OBJECTION TO CLAIM NO. 7 FILED BY GREENPOINT MORTGAGE FUNDING, INC.**

　　　The Debtor, JOAN ROVIROSA, by and through the undersigned attorney, objects to claim No. 7 filed by Greenpointe Mortgage Funding Inc., 2300 Brookstone Centre Parkway, Attn: Bankruptcy Dept., Columbus, GA 31904, Greenpointe Mortgage Funding Inc., Steven Abreu, President, 100 Wood Hollow Drive, Novato, CA 94945, and Peggy McNew Ballweg, Post Office 25018, Tampa, FL 33622, as a secured claim, in the amount of $108,266.22 with an arrearage amount of $1,284.21 and states:

　　　1.　　This loan is being treated outside the bankruptcy as stated in the plan filed by the Debtor.

　　　2.　　This creditor is seeking an escrow shortage in the amount of $41.68. The Debtor requests a breakdown as to the shortage, or this portion of the claim should be stricken and disallowed.

　　　3.　　This creditor is requesting post-petition bankruptcy fees for preparation and filing of proof of claim, plan review, and 1 hearing in the amount of $350.00. This portion of the claim should be stricken and disallowed as this creditor is not entitled to any fees and costs unless awarded by this Court.

　　　4.　　Undersigned was unable to confer with a representative from Greenpoint Mortgage Funding Inc., with an attempt to resolve the issues before requesting a hearing, as a phone number was not provided for on the proof of claim. On July 1,

2008, undersigned emailed Peggy Ballweg, attorney for Greenpoint Mortgage Funding Inc., who responded that she will review the file with her client the next day, however, undersigned has not received a response, or an amended claim, as of the filing of this Motion.  Attached is a copy of the email.

     5.    Debtor's counsel has been forced to file this Objection to Claim in response to creditor's filing of an incorrect and/or improper Proof of Claim, and therefore, respectfully requests this Court award attorney's fees and costs to Debtor's counsel.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 910(D) (1) and (2) and that a true and correct copy of the foregoing was sent by e-mail to Nancy Herkert, Trustee at e2c8f01@ch13herkert.com and by regular mail to the addressee above on July 11, 2008.

Respectfully submitted,

THE BANKRUPTCY RESOURCE CENTER
Attorneys for the Debtors
10 NW LeJeune Rd., Ste. 620
Miami, FL 33126
Telephone (305) 443-4217

By: _____
Michael J. Brooks
Florida Bar No: 434442